

(Rev. 5/05)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

(1) Emanuel H. Jones #557338
(Name of Plaintiff)   (Inmate Number)

Howard R. Young Correctional Institution
1301 East 12th Street, P.O. Box 9561
Wilmington, DE 19809
(Complete Address with zip code)

(2) _____
(Name of Plaintiff)   (Inmate Number)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) Correction Medical Service

(2) _____

(3) _____
(Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

07 - 146
(Case Number)
(to be assigned by U.S. District Court)

CIVIL COMPLAINT

• • Jury Trial Requested

BD scanned
No IFP

FILED
MAR 13 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I. PREVIOUS LAWSUITS

A. If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned.

Case Name: Jones V. Norris et al

Case Name: Jones V. Delaware State Department of Correction

Case # 1:06-cv-674 - SLR   2006

Case # 1:06-cv-773 - SLR   2007

II. EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? (•Yes) •  •No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? •(Yes)• •No

C. If your answer to "B" is Yes:

1. What steps did you take? put in Grievances

2. What was the result? None

D. If your answer to "B" is No, explain why not: _____

III. DEFENDANTS (in order listed on the caption)

(1) Name of first defendant: Correction Medical Service

Employed as Correction Medical Service at Howard R. Young Correctional Institut

Mailing address with zip code: 12647 Olive Boulevard P.O. Box 419052 St Louis, MO 63149-9052

(2) Name of second defendant: _____

Employed as _____ at _____

Mailing address with zip code: _____

(3) Name of third defendant: _____

Employed as _____ at _____

Mailing address with zip code: _____

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. (See Attached)

2. 

3. 

## V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. Compensate Me For Violation of My Constitutional and Civil Rights $120,000

   Punitive Damage $30,000

3

2. Compensatory Damage $ 30.000

Pain & Suffering $ 40.000
Anguish $ 35.000
Mental, anguish, distress, depression $ 35.000

3. Cruel & Unusual punishment $ 40.000
Medical Negligence $ 60.000
Nominal Damage $ 68.000

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __18__ day of __January__, 2_007_.

__Emanuel H James__
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4

Part one of Complaint

On the date of the 13th & 6th of January, 2007 at the Howard.R. Young Correctional Institution the "CMS" "Correctional Medical Service" denied me medication on these dates and other dates that's not remembered and I need my medication for my High Blood pressure, my severe Back pains and for my depression "Mental Health" on Both dates above I never recieved my meds I started to have severe Head Aches & chest pains I told the officer Mr. Hastings and someone took me to Medical, officer Ms. Smith Both officers 8 to 4 shift on my way to Medical I saw the Sgt he said You'll get your meds when you get down stairs to Medical, when I Emanuel.H. Jones got to Medical, my Back was hurting severely & my head was aching & chest pains I told two of the Nurses and they just laughed in joked like it was funny and left the Medical department to attend to some thing else that wasn't important, then I was sent Back to my pod 2D after "Sgt. Willis" said I'll recieve my Medication down stairs and the other incidents the nurse nevered put my name on the medication list to Recieve it on my pod, so I never got my medication I told the officer he called the Sgt and the Sgt call medical the officer told me the Nurse said she's not coming Back up to my pod to give my medication and this Nurse know that I

Part. Two of Complaint

Need My Medication cause of my High Blood pressure, Severe Back pains and I take 5 diffrent Kind of pain Medications & Muscle Relaxers For My Back and I wear a <u>Back Brace</u> For the pain. also I have asked the Medical department doctor Kendall & doctor Smith due to My Back pains can they get me off the Institution Floor cause Ive Been Sleeping on the Floor Since May·27·2006 and My Back pains is getting worst due to me sleeping on the Floor Every day and My Mattress is very thin I asked the Two doctors above For Extra Mattress or a Bottom Bed pass and they say it's Nothin they can do about it or they can't do it Knowing I have problems with my Back and I'm still sleeping on the Floor on the Date of January·13·2007 Which I Been Sleeping on the Floor For 8 months and Im a Sentence Inmate and Been Sentence in August 2006, also I'm a Inmate thats on Chronic care Nobody comes in see me For Blood pressure checks or to see how I'm doing as a chronic care Inmate the only time I go to the medical department and they take my Blood pressure is when I Fill out a Medical Request to see the doctor other then that they don't come in see me like they Suppose to Every other day or twice a week Nobody comes and take my Blood pressure and Every time I tell the Medical department abo[ut]

Continue on next page

Part-Three of the Complaint

It they said somebody will come in see me and nobody never does, also the Nurse almost gave me some or else Medication then when I told her about it she just laugh & joke like that was a Funny Matter also when I don't get my Medication they Nurse always marking down that I did when I didn't and that is very wrong. I Emanuel.H. Jones is very very scared for my life due to this Medical Service by "CMS" Corrections Medical Servic they are very careless, make serious mistakes and laugh & joke about the situation and that is not professional at all, when I don't recieve my Medication I go through alot of pain & suffering I'm very scared for my Health & life of this Medical Staff there's many Grievances on this Medical department and it take 4 to 5 months before I can be saw about my grievances, people have hung & killed they self due to poor Medical Service and I'm a very scared Inmate, I'll like to file this lawsuit against "CMS" Correction Medical Service at the Howard.R. Young Correctional Institution.

Sincerely Yours
Emanuel.H. Jones #557339
Howard.R. Young Correctional Institutio
1301 East 12th Street · P.O. Box 9561
Wilmington, DE 19809

And there are witnesses in this matter

part. 4 of the complaint

# Witnesses about Medical department

and witnesses to all my allegations about Medical Department & Staff.

1. [signature] Jarden T#2188816
2. [signature] #315027
3. Emanuel H. Jones #557338
4. Joshua D. Brown 522444
5. Aaron Conyer 477642
6. Zeferino Reyes 555585
7. [signature] Angel Flores SBI#483893
8. Gabriel D. Cherico S.B.I 177919
9. [signature] 2-17-88
10. Quinnick Swoopes #499418
11. [signature] SBI# 477806
12. Michael W. Cuck #331934
13. [signature] TX170259
14. [signature] #361-236
15. Nathaniel L. R. Thony Scres #515411
16. [signature] 475/365
17. Federico Rue SI 1915
18. Robert Bevins #133360
19. Mark [signature] #424247
20. [signature] #187664
21. [signature] 166706
22. Corey Bowers #338360
23. Anthony Nash #364604
24. Jeff Wynn #481676
25. Kevin Smith #354250

Part-4 of Complaint

On the 7th or 10th of January 2007 around the hours of 9:00 am or 10:00 am I Emanuel H. Jones is suppose to recieve pain medications for my back but the nurse said all my pain medications expired and she can't give me anything for my pain, When an Inmate Medication Expire they should be automaticly put back on the list to see doctor to have Medication Renewed, I Emanuel H. Jones haveint Been put on the doctor list and fill out 2 or 3 Medical Requests to see the doctor about my pain medication and the dentist about my Broke Tooth But I haveint seen any body about my pain in my back in mouth and I have to keep dealing with this severe pain cause nobody does anything and I shouldn't have to go through two or three weeks of pain Before I can see a doctor to get my pain medication renewed and the Medical department here know about my severe back pains and didn't do anything to help me, So I'm without any pain medication for 2 to 3 weeks and I suppose to see the doctor Before my medications expires and the Medical department failed to handle this responsibility by the Medical Department here at Howard R. Young Correctional Institution.

Medical Negligence

Emanuel H. Jones #557335

Howard R. Young Correctional Institut
1301 East 12th Street • P.O. Box 956
Wilmington, DE  19809

Amended Complaint

On the 23rd day of January 2007 at the Howard R. Young Correctional Institution I Emanuel H. Jones #557338 was transfered to 1E pod for lock up officer Galli, officer Baker, Lt Williams, Sgt Williams started punching, kicking, choking me and spayed me with Mase while the handcuffs was still on me. After they beat me I took to medical the nurse looked at me I told the nurse I was in pain from them beating me up the nurse did nothin and went by the officer word that I was ok and I wasn't ok so they transfered me back to 1E pad put me in room on the top bunk with know way for me to get up & down off the bunk, no ladder or steps nothin. In medical & this institution know of my back pain and know I can't get up & down off a top bunk instead they let me go to a top bunk anyway. So I was tryin to get down to use the bathroom I fell off the top bunk and fractured my right foot the institution medical call 911 and I was transfered to St Francis Hospital for my broken foot injury. I would like to hold this institution & medical department liable for my broken foot injury. There is also medical reports & records at St Francis Hospital on 1-23-07 around the hour of 1:30 am. and due to my condition I not suppose to be a top bunk.

# "Monetary Relief"

Violation of My Constitutional Rights $60,000

Violation of My Civil Rights $60,000

Punitive Damage $30,000

Compensatory Damage $30,000

Pain & Suffering $40,000

Mental anguish, distress, depression $35,000

Cruel & unusual punishment $40,000

Nominal Damage $65,000

Medical Negligence $60,000

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
**OFFICE OF THE GRIEVANCE CHAIRPERSON**
1301 E. 12TH STREET
WILMINGTON, DE 19801

**MEMORANDUM**

TO:   Inmate *Emanuel Jones*

FROM: Sgt. Moody, Inmate Grievance Chairperson

DATE: *12/21/06*

RE:   YOUR RECENT GRIEVANCE #06- *88624*

This memo is to inform you that the grievance submitted by you dated *12/15/06* regarding *sleeping on floor* is not grievable for the following reason(s):

\_\_\_\_ The complaint was addressed by the IGC: _____.

✓ Security issue (involves the security and/or staffing of the Institution and/or the safety, health, and/or welfare of inmates, staff and the public).

\_\_\_\_ Classification issues (security classification, jobs, transfers, programs, housing unit assignment). Classification has its own appeal process. The inmate must write to the Treatment/Classification Unit within seven (7) days after the inmate receives the Classification decision. The letter must state that the inmate is appealing the classification and clearly indicate the reasons the inmate disagrees with the classification decision.

\_\_\_\_ Disciplinary issue. Disciplinary actions cannot be grieved but must be APPEALED within 24 hours of the Class I or Class II Hearing Decision. Complete an appeal form and mail it to the facility Hearing Officer within 24 hours of receiving the form. Please note that 24 loss of all privileges cannot be appealed.

\_\_\_\_ Parole Board Decision. The inmate must write a letter to the Parole Board within 30 days of the Board's decision. Expressing the desire to appeal the decision and listing the reasons. The Parole Board's address is: Board of Parole, Carvel State Office Building, 820 N. French Street, 5th Floor, Wilmington, DE 19801.

\_\_\_\_ Inmates cannot request or demand disciplinary action on staff. If you have a complaint regarding staff write a letter to that person's supervisor. In this case, that is:

\_\_\_\_ This is an issue/complaint that has already been grieved by you or another inmate._____.

\_\_\_\_ Grievance is unacceptable because it has passed the seven (7) day time frame allotted to file a grievance.

\_\_\_\_ The grievance is a photocopy, carbon copy, written in pencil or red ink. Original grievance forms must be written in black or dark blue ink.

\_\_\_\_ This complaint is addressed in the Inmate Handbook. Refer to the handbook page _____ for clarification and/or direction.

\_\_\_\_ Action request is inappropriate or not completed. Inmate must make an actual request, such as, request that an investigation be conducted (inmates are not forwarded results of investigations that involve staff conduct).

\_\_\_\_ Documentation must be attached to the grievance when it is resubmitted that supports allegations/complaint, such as commissary receipts, Form 537, etc. The IGC will make copies of items submitted with the grievance and return the originals to the inmate.

✓ This complaint should be addressed by submitting a sick call slip. If you are experiencing any type medical condition, please submit a sick call slip.

\_\_\_\_ Other: Requests are not processed through the grievance procedure.

\_\_\_\_ Other: Please be advised that you have submitted your grievance on the wrong form. Please re-submit using the correct grievance form.

cc:    file

## Multi-Purpose Criminal Justice Facility
## Inter-Dept. Memo

TO: Emmanuel Jones 2H cell 8

FROM: Sgt. M. Moody, Inmate Grievance Chair

DATE: 10/10/06

RE: MEDICAL GRIEVANCE #06 - 72083

Please be advised that your medical grievance has been received in the office of the Grievance Chair. In accordance with the Inmate Grievance Procedure 4.4, it has been forwarded to the Medical Department for processing.

If no one contacts you for an informal resolution or if your grievance can not be resolved informally, you will automatically be scheduled for a grievance hearing before the Medical Grievance Committee (MGC). Please keep in mind your grievance is only one of numerous others received in this office on a daily basis. Thank you for your patience.

# Multi-Purpose Criminal Justice Facility
## Inter-Dept. Memo

TO: *Emanuel Jones* ☒

FROM: Sgt. M. Moody, Inmate Grievance Chair

DATE: 12/21/06

RE: MEDICAL GRIEVANCE # 06-58643

Please be advised that your medical grievance has been received in the office of the Grievance Chair. In accordance with the Inmate Grievance Procedure 4.4, it has been forwarded to the Medical Department for processing.

If no one contacts you for an informal resolution or if your grievance can not be resolved informally, you will automatically be scheduled for a grievance hearing before the Medical Grievance Committee (MGC). Please keep in mind your grievance is only one of numerous others received in this office on a daily basis. Thank you for your patience.

## Multi-Purpose Criminal Justice Facility
## Inter-Dept. Memo

TO:      Emanuel H. Jones 1A SBI #557338

FROM:    Sgt. M. Moody, Inmate Grievance Chair

DATE:    3/6/07

RE:      MEDICAL GRIEVANCE # 101883

Please be advised that your medical grievance has been received in the office of the Grievance Chair. In accordance with the Inmate Grievance Procedure 4.4, it has been forwarded to the Medical Department for processing.

If no one contacts you for an informal resolution or if your grievance can not be resolved informally, you will automatically be scheduled for a grievance hearing before the Medical Grievance Committee (MGC). Please keep in mind your grievance is only one of numerous others received in this office on a daily basis. Thank you for your patience.

Emanuel.H. Jones #557338
Howard.R.Young Correctional Institution
1301 East 12th Street • P.O.Box 9561
Wilmington, DE 19809



Clerk
U.S. District Court
LockBox • 18
844 North King Street
Wilmington, DE
19801

INMATE
LEGAL MAIL

Dear: Clerk

07-146

Can you please send a copy of this complaint to the Attorney General's office. Thank you very much.

Sincerely Yours

Emanuel. H. Jones #

SBI# 557338

Howard. R. Young Correctional Institution
1301 East 12th Street • P.O. Box 9561
Wilmington, DE 19809



FILED
MAR 13 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE