IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EMANUEL H. JONES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 07-146-SLR |
| CORRECTIONAL MEDICAL SERVICE, | ) ) ) |
| Defendant. | ) |

**FILED** APR 19 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE

**AUTHORIZATION**

I, Emanuel H. Jones, SBI #557338 request and authorize the agency holding me BD scanned in custody to disburse to the Clerk of the Court all payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated  April 11 , 2007.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: April 17 , 2007.

*Emanuel H Jones*
Signature of Plaintiff



Emanuel H. Jones #557232
H.R.Y.C.I * P.O. Box 9561
Wilmington, DE 19809

Clerk
US District Court
LockBox.18
844 North King Street
Wilmington, DE 19801

LEGAL MAIL ONLY