

FILED

04/23/2007
MAY from 2007
US POSTAGE

U.S DISTRICT COURT
DISTRICT OF DELAWARE

RTS
RETURN TO SENDER

□ A  □ INSUFFICIENT ADDRESS
□    □ ATTEMPTED NOT KNOWN
□ C  □ NO SUCH NUMBER/ STREET
□    □ NOT DELIVERABLE AS ADDRESSED
□ S  □ - UNABLE TO FORWARD
□ OTHER

RETURN TO SENDER

INMATE UNKNOWN _____ NO INMATE IN THIS SPELLING
_____ ENCLOSE UNAUTHORIZED
INMATE RELEASED _____
CORRESPONDENCE REFUSED

Howard R. Young Corr. Inst.
Business Office
P.O. Box 9561
Wilmington, DE 19809

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

Return to Manuel Jones    Legal
to
Sender    mail

Case 1:07-cv-00146-SLR    Document 6    Filed 04/19/2007    Page 1 of 2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE



EMANUEL H. JONES,                    )
                                     )
          Plaintiff,                 )
                                     )
     v.                              )    Civ. No. 07-146-SLR
                                     )
CORRECTIONAL MEDICAL SERVICE,        )
                                     )
          Defendant.                 )

**AUTHORIZATION**

I, Emanuel H. Jones, SBI #557338 request and authorize the agency holding me

in custody to disburse to the Clerk of the Court all payments pursuant to 28 U.S.C. §

1915(b) and required by the Court's order dated _April 11_____, 2007.

     This authorization is furnished to the Clerk of Court in connection with the filing

of a civil action, and I understand that the filing fee for the complaint is $350.00.  I also

understand that the entire filing fee may be deducted from my trust account regardless

of the outcome of my civil action.  This authorization shall apply to any other agency

into whose custody I may be transferred.

Date: _April 17____, 2007.


                              _Emanuel H. Jones_
                              Signature of Plaintiff

UNITED STATES POSTAGE

$ 00.39⁰
PITNEY BOWES
02 1A
0004615572     APR 18 2007
MAILED FROM ZIP CODE 19802

CLERK
US District Court
Lock Box·18
844 north King Street
Wilmington, De
19801

LEGAL MAIL ONLY

19801+3515  C018

Emanuel H. Jones # 557338
H.R.Y.C.I * P.O.Box 9561
Wilmington, De  19809

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE



EMANUEL H. JONES,                    )
                                     )
            Plaintiff,               )
                                     )
      v.                             )      Civ. No. 07-146-SLR
                                     )
CORRECTIONAL MEDICAL SERVICE, )
                                     )
            Defendant.               )

## O R D E R

1. The plaintiff Emanuel H. Jones, SBI #557338, a pro se litigant who is presently incarcerated, has filed this action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee or a request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

2. On March 26, 2007, this Court assessed the plaintiff the $350.00 filing fee and ordered him to provide a request to proceed in forma pauperis and a certified copy of his prison trust fund account statement for the six-month period immediately preceding the filing of the above-referenced complaint. The plaintiff submitted the required documents on     April 5, 2007.

3. Based on the plaintiff's submissions, his request to proceed in forma pauperis is granted. The Court has determined that the **plaintiff has no assets and no means to pay the initial partial filing fee, nevertheless, any money the plaintiff later receives will be collected in the manner described below.**

4. The plaintiff shall, within thirty days from the date this order is sent,

complete and return to the Clerk of Court, the attached authorization form allowing the agency having custody of him to forward all payments required by 28 U.S.C. § 1915(b)(2) to the Clerk of the Court. **FAILURE OF THE PLAINTIFF TO RETURN THE AUTHORIZATION FORM TO THE CLERK OF COURT WITHIN THIRTY DAYS FROM THE DATE THIS ORDER IS SENT SHALL RESULT IN DISMISSAL OF THIS ACTION.**

5. The plaintiff shall be required to make monthly payments of 20 percent (20%) of the preceding month's income credited to the plaintiff's prison trust account and absent further order of the Court, the Warden or other appropriate official at Howard R. Young Correctional Institution, or at any prison at which the plaintiff is or may be incarcerated, shall forward payments from his account to the Clerk of the Court each time the amount in the account exceeds $10.00 until the filing fee is paid. **NOTWITHSTANDING ANY PAYMENT MADE OR REQUIRED, THE COURT SHALL DISMISS THE CASE IF THE COURT DETERMINES THAT THE ACTION IS FRIVOLOUS OR MALICIOUS, FAILS TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED, OR SEEKS MONETARY RELIEF AGAINST A DEFENDANT WHO IS IMMUNE FROM SUCH RELIEF.**

6. Pursuant to 28 U.S.C. § 1915(g), if plaintiff has had three or more actions dismissed by the Court on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, the Court shall deny plaintiff leave to proceed in forma pauperis all future suits filed without prepayment of the filing fee, unless the Court determines that plaintiff is under imminent danger of serious

2

physical injury.

DATED:    4/11/07

_____
United States District Judge

3

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

EMANUEL H. JONES,                    )
                                     )
              Plaintiff,             )
                                     )
       v.                            )    Civ. No. 07-146-SLR
                                     )
CORRECTIONAL MEDICAL SERVICE, )
                                     )
              Defendant.             )

## AUTHORIZATION

I, Emanuel H. Jones, SBI #557338 request and authorize the agency holding me

in custody to disburse to the Clerk of the Court all payments pursuant to 28 U.S.C. §

1915(b) and required by the Court's order dated _____, 2007.

This authorization is furnished to the Clerk of Court in connection with the filing

of a civil action, and I understand that the filing fee for the complaint is $350.00.  I also

understand that the entire filing fee may be deducted from my trust account regardless

of the outcome of my civil action.  This authorization shall apply to any other agency

into whose custody I may be transferred.

Date: _____, 2007.



                                     _____
                                     Signature of Plaintiff